# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK M. PECK, | Case No. 2:19-cv-01023-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| JENNIFER A. DORSEY, et al., | |
| Defendants. | |

Pro se plaintiff Frank M. Peck, who is incarcerated at High Desert State Prison, submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1.) Plaintiff did not pay the full filing fee for this case or file an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a) and Local Rules of Special Proceedings and Appeals ("LSR") 1-1 and 1-2, plaintiff must complete an application to proceed in forma pauperis and attach both an inmate account statement for the past six months and a signed financial certificate. The court will retain plaintiff's complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, to pay the full filing fee for this action.

IT IS THEREFORE ORDERED that the clerk of court must send plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the accompanying information form and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that by July 26, 2019, plaintiff must either: (1) file a complete application to proceed *in forma pauperis*; or (2) pay the full $400 fee for a civil action (which includes the $350 filing fee and the $50 administrative fee). Plaintiff is advised that failure to comply with this order will result in a recommendation that his case be dismissed.

1    IT IS FURTHER ORDERED that the clerk of court must retain the complaint (ECF No.
2 1-1), but the clerk must not file it at this time.

4    DATED: June 28, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE