# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

FRANK M. PECK,

    Plaintiff,

v.

JENNIFER A. DORSEY, et al.,

    Defendants.

Case No. 2:19-cv-01023-GMN-CWH

**ORDER**

Pro se plaintiff Frank M. Peck paid the filing fee for this case on July 22, 2019. (Receipt of Payment (ECF No. 11).) Accordingly, the court will deny as moot his application to proceed *in forma pauperis* and his motion for extension of time to file the application. The court will screen Peck's complaint (ECF No. 1-1) as required by 28 U.S.C. § 1915A in due course.

IT IS THEREFORE ORDERED that Peck's motion for extension of time (ECF No. 7) is DENIED as moot.

IT IS FURTHER ORDERED that Peck's application to proceed *in forma pauperis* (ECF No. 8) is DENIED as moot.

DATED: July 23, 2019

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE