# UNITED STATES COURTS FOR THE NINTH CIRCUIT

# DESIGNATION OF A DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Stan Bastian**, United States District Judge for the Eastern District of Washington to perform the duties of United States District Judge temporarily for the District of Nevada for the specific case *Frank M. Peck v. Jennifer A. Dorsey, et. al.*, Case No. 19-cv-01023.

October 22, 2019

_____
Sidney R. Thomas
Chief Judge

cc: Hon. Stan Bastian
     Hon. Thomas Rice, Chief Judge, Eastern District of Washington
     Hon. Miranda Du, Chief Judge, District of Nevada
     Sean McAvoy, Clerk of Court, Eastern District of Washington
     Debra Kempi, Clerk of Court, District of Nevada