UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. PECK,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; JENNIFER A. DORSEY; DAVID S. DOTY; GREGORY M. SLEET; RENE L. VALLARDES; COURTNEY B. KIRSCHNER; and JOHN DOES<br><br>    Defendants. | No. 2:19-CV-01023-SAB<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS** |

    Before the Court is Plaintiff's Motion for Extension of Time to Effect Service of Process per FRCP 6(b), FRCP 4(m), ECF No. 45. Plaintiff is representing himself *pro se*. Defendants have not made an appearance.

    The instant motion was filed on March 20, 2020. Plaintiff requests the Court grant him additional time to effect service of process upon a person whom Plaintiff wants to add as a defendant in this matter. ECF No. 45 at 2. Plaintiff also argues that more time is required to perfect service of process because none of the named Defendants have responded to the waivers of service of process he sent them. *Id.* The Court previously dismissed Plaintiff's claims with prejudice, ECF No. 41, and directed entry of judgment in Defendants' favor, ECF No. 42, on February 27,

**ORDER DENYING MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS \* 1**

2020. Because Plaintiff's motion was filed after the Court dismissed his claims, the motion is untimely.

Accordingly**, IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Extension of Time to Effect Service of Process per FRCP 6(b), FRCP 4(m), ECF No. 45, is **DENIED.**

2. Any other pending motions are **DISMISSED AS MOOT**.

**IT IS HEREBY ORDERED**. The District Court Clerk is hereby directed to enter this Order, forward a copy to Plaintiff, and **close** the file. The Court certifies any appeal of this Order would not be taken in good faith.

**DATED** this 8th day of April 2020.

*[signature: Stanley A. Bastian]*

Stanley A. Bastian
United States District Judge

**ORDER DENYING MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS \* 2**