UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. PECK,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA;<br>JENNIFER A. DORSEY; DAVID S.<br>DOTY; GREGORY M. SLEET; RENE L.<br>VALLARDES; COURTNEY B.<br>KIRSCHNER; and JOHN DOES<br><br>    Defendants. | No. 2:19-CV-01023-SAB<br><br><br><br>**ORDER GRANTING MOTION<br>FOR COPIES OF FINAL<br>ORDERS** |

    Before the Court is Plaintiff's Motion For Any and All Final Order of the Court, ECF No. 51. Plaintiff is representing himself *pro se*. Defendants have not made an appearance.

    Plaintiff requests copies of final orders and judgment issued in this case, ECF Nos. 41 and 42, because he alleges he has not received them. *See also* ECF No. 48 at 1 ("Plaintiff Frank M. Peck as of the writing of this Notice of Appeal… has not been served with the Court's Orders [ECF No. 41 and 42 ]…and only just learned of their existence by receipt of Document No. 47."). The Court finds good cause to grant Plaintiff's motion. However, Plaintiff is advised that the Court cannot provide copies or mailing service for parties, even indigent plaintiffs proceeding in forma pauperis. If Plaintiff wishes to receive physical copies of

**ORDER GRANTING MOTION FOR COPIES OF FINAL ORDERS** \* 1

electronically filed documents from the Court, the cost is $0.10 per page. Nev. LR IC 1-1(i)(5); 28 U.S.C. § 1914.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff's Motion For Any and All Final Order of the Court, ECF No. 51, is **GRANTED.**

2. The District Court Clerk is directed to resend ECF Nos. 41 and 42 to Plaintiff.

**IT IS HEREBY ORDERED**. The District Court Clerk is hereby directed to enter this Order, forward a copy to Plaintiff, and **close** the file. The Court certifies any appeal of this Order would not be taken in good faith.

**DATED** this 30th day of April 2020.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER GRANTING MOTION FOR COPIES OF FINAL ORDERS * 2**